## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

In re                                                    Case Number 17-11925
                                                         Chapter 7
LONNIE WRIGHT

Debtor(s).

      Plaintiff

LONNIE WRIGHT

v.                                                       Adv. Proc. No. 17-

      Defendant

Midland Funding LLC/Citibank

---

### COMPLAINT TO AVOID PRE-PETITION JUDGMENT LIEN

---

      Comes now the Debtor(s)/Plaintiff(s), by and through his undersigned counsel of record and would show unto the Court the following:

    1.     On August 31, 2017, the above referenced plaintiff's file a Chapter 7 bankruptcy case in this court which was assigned case # 17-11925.

    2.     Prior to the filing of this bankruptcy, defendant Midland Funding LLC/Citibank, obtained a judgment against plaintiff in the amount of $24,889.89 in the General Sessions Court of Crockett County, TN under Civil Action # 2016-CV-142.

    3.     This judgment was obtained against him on or about December 13, 2016.

    4.     Defendant, Midland Funding LLC/Citibank then obtained a certified copy of its judgment and registered same in the Register's Office of Crockett County, Tennessee.  This judgment lien was recorded on deed book 302, pages 493-494 on or about March 21, 2017.

5.      Pursuant to the laws in the State of Tennessee, said registration of a lien acts as a

judgment lien on any real property that plaintiff owns in Crockett County.

6.      The only property owned by plaintiff is a home located at 2266 Walter Taylor Rd,

Friendship, TN 38034.

7.      The property located at 2266 Walter Taylor Rd, Friendship, TN 38034 was

purchased by Plaintiff/Debtor and a warranty deed was recorded in the Register's Office in

Crockett County, TN in Book 144 Page 560-562 with a property description as follows:

Tract 1: Lying in the Eleventh Civil District of Crockett County, TN, and being a part of
a larger tract of land belonging to Jerry Eskew, and further described as follows: Beginning at a
p.k. nail set in the centerline of Walter Taylor Road, which point is the original northeast corner
of Jerry Eskew and the northwest corner of J. C. Smith (Deed Book 23, page 203); thence from
the point of beginning and with the west line of J. C. Smith, south 05 degrees 00 minutes 00
seconds west 415.15 feet to a new corner of Eskew; thence, on new lines through Eskew the
following calls: North 86 degrees 32 minutes 57 seconds West 315.00 feet; North 05 degrees 00
minutes 00 seconds East 415.5 feet to a point  in the centerline of Walter Taylor Road; thence ,
with the centerline of said road; South 86 degrees 32 minutes 57 seconds East 315.00 feet to the
point of beginning, containing 3.00 acres. Description taken from survey of Tony M. Reasons,
R.L.S. Number 508, 3825 East End Drive, Humboldt, TN 38343, dated  February 16, 1998.

Tract II: Lying and being in the 11th Civil District of Crockett County, TN and being part
of a larger tract of land belonging to Jerry Eskew and Beginning at a p.k. nail set in the centerline
of Walter Taylor Road, which point is the northwest corner of Wayne French as recorded in
Deed Book 111, page 211, Register's Office, Crockett County, TN, and northeast corner of the
herein described tract; thence, from the point of beginning and with the west line of French,
South 05 degrees 00 minutes 00 seconds West 415.5 feet to an iron pin set at the Southeast
corner of the herein described tract; thence on a new line through Eskew, the following calls:
North 86 degrees 32 minutes 57 seconds West 52.48 feet to an iron pin set; North  05 degrees 00
minutes 00 seconds East 415.15 feet to a P.K. nail set in the centerline of Walter Taylor Road;
thence with the centerline of Walter Taylor Road, South 86 degrees 32 minutes 57 seconds East
52.48 feet to a point of beginning, containing 0.5 acre. Description taken from survey dated 11th
day of December, 1998, by Reasons Engineering and Associates, Inc., 3825 East End Drive,
Humboldt, TN 38343.

The above tract being further identified as Map 14, Parcel 13.02 in the Tax Assessor's Office for
Crockett County, TN.

Being the same property conveyed unto the grantors herein by deed of record in Deed Book 143,
page 738 in the Register's Office of Crockett County, TN.

8.     The value of said home is $114,000.00, however, there is a lien in favor of Chase Mortgage with a payoff amount of $103,846.00.

9.     Plaintiff is entitled to a homestead exemption in the amount of $12,500.00 on said home.

10.     The pre-petition judgment lien of Midland Funding LLC/Citibank impairs the homestead to which plaintiff would otherwise be entitled in the property, and pursuant to 11 USC § 522 (f) (1) (A), said lien is voidable.

WHEREFORE, PREMISES CONSIDERED, Plaintiff/Debtor requests that this court issue an order declaring the pre-petition judicial lien of defendant to be null, void, and without effect and authorize the entry of said order to extinguish the pre-petition judgment lien of defendant.

RESPECTFULLY SUBMITTED

Robert B. Vandiver, Jr.
/s/ Robert B. Vandiver, Jr._____
Robert B. Vandiver, Jr. #15685
P.O.Box 906
Jackson,TN 38302-0906
(731)-554-1313

<u>CERTIFICATE OF SERVICE</u>

The undersigned party, Attorney for party or agent therefore hereby certifies that on this 15th day of September, 2017, copies of the documents identified above were served by mail to the parties listed.

A complaint captioned complaint to avoid pre-petition judgment lien filed by the debtor counsel on September 15, 2017.

<u>/s/ Robert B. Vandiver, Jr.</u>
Robert B. Vandiver, Jr. 15685
P.O. Box 906
Jackson, TN 38302-0906
731-554-1313

Robert B. Vandiver, Jr.
P.O. Box 906
Jackson, TN 38302

Michael Tabor
PO Box 2877
Jackson , TN 38302

Lonnie Wright
2266 Walter Taylor Road
Friendship, TN 38034

Midland Funding LLC
2365 Northside Drive Suite 300
San Diego CA 92108-0000

Finkelstein Kern Steinberg & Cunningham
P.O. Box 1
Knoxville, TN 37901

Citibank
701 East 60th Street North
Sioux Falls, SD 57117

Corporation Service Company
Registered Agent for Midland Funding LLC
2908 Poston Ave
Nashville, TN 37203-1312

Ron Cunningham
Registered Agent for Finkelstein Kern Steinberg & Cunningham
1810 Ailor Ave
Knoxville, TN 37921-5802